DOUGHTY v. BAKER. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Gertrude H. Doughty against Elwood W. Baker. No opinion. Judgment for defendant, without costs, upon agreed

statement of facts, on the authority of Lyons v. Ostrander, 167 N. Y. 135, 60 N. E. 334.